Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR08-388RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING UNITED STATES PROBATION OFFICE TO PRODUCE CHRONOLOGICAL LOGS |
| KEVIN A. STOLTZ, | |
| Defendant. | |

This matter comes before the Court on the United States' Application for an Order Directing the United States Probation Office to Produce Chronological Logs. Upon consideration of the Application, and for the reasons stated therein, and there being no objection by Defendant, the Court ORDERS the United States Probation Office to produce to counsel for the Government the chronological logs that it has kept in connection with this case. Such production shall take place on or before March 29, 2017.

DATED this 28th day of March, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING U.S. PROBATION OFFICE
TO PRODUCE CHRONOLOGICAL LOGS - 1
STOLTZ - CR08-388RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970