# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-388 RAJ-JPD |
| Plaintiff, | |
| v. | ORDER DENYING EMERGENCY MOTION FOR TEMPORARY RELEASE FROM DETENTION |
| KEVIN PATRICK STOLTZ, | |
| Defendant. | |

This matter comes before the Court upon Defendant's motion for temporary release from custody for not more than 24 hours, but not less than 12 hours to enable the defendant to deal with issues involving a break-in of his shared residence and the insurance claims process. Mr. Stoltz is in custody for violations of his supervised release requirements. A disposition hearing is scheduled before the Honorable Richard A. Jones on September 7, 2018.

After reviewing the motion, the government's opposition, and the recommendations of the United States Probation Officer, the defendant's motion is DENIED. There is no emergency present and risks to the community and to the defendant himself have been presented. A disposition hearing on this matter is scheduled for hearing slightly more

than two weeks from today.  Because there is no emergency, all issues can be addressed by Judge Jones at the scheduled disposition hearing.

DATED this 23rd day of August, 2018.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge