Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-0388RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO WAIVE THE HALFWAY |
| KEVIN STOLTZ, | ) | HOUSE SUBSISTENCE FEE |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Defendant's unopposed motion to waive the halfway house subsistence fee. The Court has considered the motion and records herein, and finding good cause,

The Court GRANTS the motion (Dkt. #73) and directs the Tacoma Residential Re-entry Center (RRC) to waive its subsistence fee pertaining to Kevin Stoltz.

DATED this 16th day of August, 2019.

The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**